The defendant, Joseph Michael Wilson, was convicted of capital murder for the killings of Lamar Hemphill, Michael A. Beaudette, Johnny Couch, and Brian Carter. The murders were made capital because they were committed by one act or pursuant to one scheme or course of conduct. See Ala. Code 1975, §13A-5-40(a)(10). He was also convicted of attempting to murder Ashley Rutherford and Michelle Hayden. See Ala. Code 1975, §§13A-6-2 and 13A-4-2. The jury unanimously recommended that the defendant be sentenced to death for the capital-murder conviction. The trial court accepted the jury's recommendation and sentenced him to death. The court also sentenced him to serve 20 years in prison for each of the attempted-murder convictions. The Court of Criminal Appeals unanimously affirmed the convictions and the sentences. See Wilson v. State, 777 So.2d 856 (Ala.Crim.App. 1999). We granted certiorari review. See Rule 39, Ala.R.App.P.
We have carefully read and considered the briefs and the arguments of counsel.[1] The petitioner has shown no error in either the guilt phase of the trial or the sentencing phase of the trial that adversely affected the defendant's rights. Furthermore, we conclude that the trial court's findings concerning the aggravating and mitigating circumstances were supported by the evidence and that the death sentence was proper under the circumstances. Ala. Code 1975, § 13A-5-53(a) and (b). The judgment of the Court of Criminal Appeals is affirmed.
AFFIRMED.
Hooper, C.J., and Maddox, See, Lyons, Brown, and England, JJ., concur.
Johnstone, J., concurs specially.
[1] Because this case was worked on, and the opinion drafted and voted on before the effective date of the revised version of Rule 39, Ala.R.App.P., May 19, 2000, we have searched the record in this case for plain error. We found none. *Page 936